**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| MARK L. HAGENOW, ) | No. 07-2430 (CW) | |
| )  Plaintiff, ) | JUDGMENT | |
| v. ) | | |
| ) | | |
| MICHAEL J. ASTRUE, ) | | |
| Commissioner, Social Security ) | | |
| Administration, ) | | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: January 14, 2008

                                                   _____/s/_____
                                                   CARLA M. WOEHRLE
                                        United States Magistrate Judge